## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Victoria Portillo-Huertos

CRIMINAL COMPLAINT
CASE: 15-20198M
Citizenship: MEXICO

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts: COUNT 1: On or about January 5, 2015, at or near Arivaca, Arizona, in the District of Arizona, Victoria PORTILLO-Huertos, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Luis, Arizona on December 21, 2010, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: That on or about January 1, 2015, at or near Sasabe, Arizona, in the District of Arizona, Victoria PORTILLO-Huertos, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

   Victoria PORTILLO-Huertos is a citizen of Mexico. On December 21, 2010, Victoria PORTILLO-Huertos was lawfully denied admission, excluded, deported, and removed from the United States through San Luis, Arizona. On January 5, 2015, agents found Victoria PORTILLO-Huertos in the United States at or near Arivaca, Arizona. Victoria PORTILLO-Huertos did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. Victoria PORTILLO-Huertos, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Victoria PORTILLO-Huertos admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on January 1, 2015, at or near Sasabe, Arizona.

File Date: 01/07/2015

at Tucson, Arizona

David Gelinas, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 01/07/2015

**Charles R. Pyle**
**United States Magistrate Judge**

FBI Number: 962562FD4

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                              CASE: 15-20198M

vs.

Victoria Portillo-Huertos

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Victoria Portillo-Huertos, was represented by counsel, Micaela Portillo (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 01/07/2015. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 01/01/2015 |

As pronounced on 01/07/2015, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of SEVENTY-FIVE (75) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

The Court orders commitment to the Bureau of Prisons and recommends: the defendant serve her sentence at the CCA facility in Florence, Arizona.

Signed on Wednesday, January 07, 2015.

Charles R. Pyle
United States Magistrate Judge

Arresting Agency: TCA
FBI Number: 962562FD4

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - TUCSON | |

Date: 01/07/2015     Case Number: 15-20198M

USA vs. **Victoria Portillo-Huertos**

U.S. MAGISTRATE JUDGE: CHARLES R. PYLE     Judge AO Code: 70BM
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Ignacio Barrientos, Spanish
Attorney for Defendant: Micaela Portillo (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be     **Same**
[X] Petty Offense     [X] Date of Arrest:     **01/05/2015**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of **SEVENTY-FIVE (75) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of appeal rights.
[X] Waiver of right to appeal explained.

OTHER:     Micaela Portillo (CJA) is appointed as attorney of record for defendant. The Court makes a Judicial Recommendation that the defendant serve her sentence at the CCA facility in Florence, Arizona.

Recorded by Courtsmart     COP: 1
BY: Cindy Stewart     Sent: 0
Deputy Clerk     IA: 0
Start: 1:43 pm Stop: 3:56 pm